UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PACER EXEMPTION  :  Misc. No. 24- 3007

## ORDER

This matter is before the Court upon the application and request by Christopher Naubert of City University of New York, for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The court finds that Mr. Naubert's research falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Mr. Naubert has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information. Accordingly, Mr. Naubert shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred during his research. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to Mr. Naubert and is valid only for the research purposes as submitted to the Administrative Office of the U.S. Courts;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, Mr. Naubert agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. Mr. Naubert is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;
5. this exemption is valid until six (6) months from the date of this Order.

This exemption may be revoked at the discretion of the court at any time. A copy of this Order shall be sent to the PACER Service Center.

*Ashely M. Chan*
Chief Bankruptcy Judge

Dated this 23rd day of July, 2024.